JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD HERNANDEZ, | ) Case No. CV 22-2364-AB (JPR) |
| Petitioner, | ) |
| v. | ) **J U D G M E N T** |
| WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus,

IT IS HEREBY ADJUGED that this action is dismissed.

DATED: September 23, 2022

_____
ANDRE BIROTTE JR.
U.S. DISTRICT JUDGE